IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN BEDYNEK STUMM,

    Plaintiff,

v.

ROBERT J. KELLERMAN and RUSSELL
W. GRUNER,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-597-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed against Robert J. Kellerman and Russell W. Gruner and dismissing this case.

/s/

Peter Oppeneer, Clerk of Court

1/26/2018

Date